IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| THOMAS SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.7:10-cv-00048 |
| | ) |
| | ) |
| PEOPLES GAS, a foreign corporation, | ) |
| EQUIFAX INFORMATION SERVICES, | ) |
| LLC, a foreign limited liability company, | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., a foreign corporation, | ) |
| and TRANS UNION, LLC, a foreign | ) |
| limited liability company, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

On an unopposed motion of the plaintiff, the last remaining defendant in this matter, Experian Information Solutions, Inc., is dismissed, with prejudice.  This matter is now CLOSED.

DONE and ORDERED this 28th day of April, 2010.

Robert R. Armstrong, Jr.
United States Magistrate Judge